IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVIA TRAFFICANTE, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOMEGOODS, INC. *et al*, | : | No. 20-5382 |
|     *Defendants* | : | |

## ORDER

AND NOW, this 14th day of February, 2023, upon consideration of Sylvia Trafficante's *Daubert* Motion to Preclude the Trial Testimony and Opinions of Defendant's Expert, Joseph B. Sala (Doc. No. 29) and Richards Homewares, Inc.'s Brief in Opposition to Plaintiff's *Daubert* Motion to Exclude Expert Testimony of Joseph B. Sala (Doc. No. 35), it is hereby **ORDERED** that the Ms. Trafficante's motion (Doc. No. 29) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE